MELINDA HAAG (CSBN 132612)
United States Attorney
ALEX G. TSE (CSBN 152348)
Chief, Civil Division
JENNIFER S WANG (CSBN 233155)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6967
    FAX: (415) 436-6748
    Email: jennifer.s.wang@usdoj.gov

Attorneys for Federal Defendant

LAW OFFICES OF RICHARD P. MARGARITA
RICHARD P. MARGARITA (SBN: 175819)
P.O. BOX 1257
Sloughhouse, CA 95683
Tel: (916) 972-0365
Fax: (888) 346-7927
RichardMargarita@sbcglobal.net

Attorney for Plaintiff Daniel J. Offield

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| DANIEL J. OFFIELD, | ) | No. C12-3053 WHA |
| Plaintiff, | ) ) ) | **STIPULATION TO CONTINUE SETTLEMENT CONFERENCE** |
| v. | ) ) | |
| ERIC HOLDER, ATTORNEY GENERAL, U.S. DEPARTMENT OF JUSTICE, and DOES 1 through 50, Inclusively, | ) ) ) ) | |
| Defendant. | ) | |

    Subject to the approval of the Court, the parties hereby stipulate to continue the settlement conference currently set for February 28, 2013 to May 9, 2013 at 9:30 a.m.

    The above-captioned matter was referred to Magistrate Judge Nathanael Cousins for mediation/settlement on November 19, 2012. On November 20, 2012, Magistrate Judge Cousins issued an order setting a settlement conference for February 28, 2013, at 9:30 a.m. The parties

STIP. TO CONTINUE SETTLEMENT CONFERENCE
C12-3053 WHA

now seek a continuation of the settlement conference to May 9, 2013, at 9:30 a.m., to allow the parties time to conduct additional discovery prior the settlement conference, which the parties believe may help facilitate a productive settlement conference.

IT IS SO STIPULATED.

Dated: February 8, 2013

Respectfully submitted,
MELINDA HAAG
United States Attorney

JENNIFER S WANG
Assistant United States Attorney
Attorneys for Defendant

Dated: February 8, 2013

RICHARD MARGARITA
Attorneys for Plaintiff

### [PROPOSED] ORDER

Pursuant to the parties' stipulation and good cause having been shown, it is ordered that the settlement conference set for February 28, 2013 at 9:30 a.m., is continued to May 9, 2013.

IT IS SO ORDERED.

Dated: February 8, 2013

NATHANAEL COUSINS
UNITED STATES MAGISTRATE JUDGE

GRANTED
Judge Nathanael M. Cousins