MELINDA HAAG (CSBN 132612)
United States Attorney
ALEX G. TSE (CSBN 152348)
Chief, Civil Division
JENNIFER S WANG (CSBN 233155)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6967
    FAX: (415) 436-6748
    Email: jennifer.s.wang@usdoj.gov

Attorneys for Federal Defendant

LAW OFFICES OF RICHARD P. MARGARITA
RICHARD P. MARGARITA (SBN: 175819)
P.O. BOX 1257
Sloughhouse, CA 95683
Tel: (916) 972-0365
Fax: (888) 346-7927
RichardMargarita@sbcglobal.net

Attorney for Plaintiff Daniel J. Offield

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DANIEL J. OFFIELD, ) <br> ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ERIC HOLDER, ATTORNEY GENERAL, ) <br> U.S. DEPARTMENT OF JUSTICE, and ) <br> DOES 1 through 50, Inclusively, ) <br> ) <br>     Defendant. ) | No. C12-3053 JST <br><br> **STIPULATION TO CONTINUE SETTLEMENT CONFERENCE** <br> AND ORDER THEREON |

    Subject to the approval of the Court, the parties hereby stipulate to continue the settlement conference currently set for May 9, 2013 at 9:30 a.m. to August 22, 2013 at 1:00 p.m.

    The above-captioned matter was referred to Magistrate Judge Nathanael Cousins for mediation/settlement on November 19, 2012. On November 20, 2012, Magistrate Judge Cousins issued an order setting a settlement conference for February 28, 2013, at 9:30 a.m. On February

STIP. TO CONTINUE SETTLEMENT CONFERENCE
C12-3053 JST

1  8, 2013, at the parties' request, the settlement conference was continued to May 9, 2013, at 9:30
2  a.m.  The parties requested the continuance in order to allow the parties time to conduct
3  additional discovery prior the settlement conference, which the parties believe may help facilitate
4  a productive settlement conference.  The additional discovery sought by the parties included
5  several depositions, including those of plaintiff and plaintiff's former supervisors.  The parties
6  have met and conferred regarding scheduling these depositions.  However due to the respective
7  schedules of the parties and witnesses, the parties do not believe that all of these depositions will
8  be completed until August.  Accordingly, the parties respectfully request a second continuance of
9  the settlement conference to August 22, 2013, at 1:00 p.m.
10 IT IS SO STIPULATED.

```
                                              Respectfully submitted,
                                              MELINDA HAAG
                                              United States Attorney

Dated: April 24, 2013                          /s/
                                              JENNIFER S WANG
                                              Assistant United States Attorney
                                              Attorneys for Defendant




Dated: April 24, 2013                          /s/
                                              RICHARD MARGARITA
                                              Attorneys for Plaintiff
```

## [PROPOSED] ORDER

Pursuant to the parties' stipulation and good cause having been shown, it is ordered that the settlement conference set for May 9, 2013, is continued to August 22, 2013 at 1:00 ~~a.m.~~ P.M.

IT IS SO ORDERED.

Dated:  April 29, 2013                         _____
                                              NATHANAEL COUSINS
                                              UNITED STATES MAGISTRATE JUDGE

STIP. TO CONTINUE SETTLEMENT CONFERENCE
C12-3053 JST                                   2