**LAW OFFICES OF RICHARD P. MARGARITA**
**RICHARD P. MARGARITA (SBN: 175819)**
P.O. Box 1257
Sloughhouse, California 95683
Telephone: (916) 972-0365
Fax: (888) 346-7927
RichardMargarita@Sbcglobal.Net

Attorney for Plaintiff DANIEL J. OFFIELD


MELINDA HAAG (CSBN: 132612)
United States Attorney
ALEX G. TSE (CSBN: 152348)
Chief, Civil Division
JENNIFER S. WANG (CSBN: 233155)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6967
    FAX: (415) 436-6748
    Email: Jennifer.s.wang@usdoj.gov

Attorneys for Federal Defendant

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL J. OFFIELD,<br><br>    Plaintiff,<br><br>vs.<br><br>ERIC HOLDER; ATTORNEY GENERAL, U.S. DEPARTMENT OF JUSTICE, and DOES 1 through 50, Inclusively,<br><br>    Defendants. | Case No. C12-3053-JST<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE** |

Stipulation to Continue Case Management Conference

Subject to the approval of the Court, the parties hereby stipulate to continue the Case Management Conference currently set for June 26, 2013 at 9:30 a.m. to August 7, 2013 at 2:00 p.m.

The above-captioned matter was initially assigned to the Honorable William H. Alsup.

On February 11, 2013, the above-captioned matter was reassigned to the Honorable Judge Jon S. Tigar.  On March 19, 2013, the above-captioned case was scheduled for a Case Management Conference for June 26, 2013 at 2:00 p.m. in Courtroom 9.

Mr. Margarita, counsel for Plaintiff Daniel J. Offield, had pre-purchased airline tickets and motel reservations to the State of Alaska, to celebrate his thirtieth wedding anniversary with his wife., prior to the setting of this June 26, 2013 Case Management Conference.  He is scheduled to be in various parts of Alaska from June 21, 2013 through July 6, 2013.

Accordingly, the parties respectfully request that the Case Management Conference be continued to August 7, 2013 at 2:00 p.m. in Courtroom 9.

IT IS SO STIPULATED.

Respectfully submitted,

_____
RICHARD P. MARGARITA
Attorney for Plaintiff


MELINDA HAAG
United States Attorney

_____
JENNIFER S. WANG
Assistant United States Attorney

Law Office of Richard P. Margarita
P.O. Box 1257, Sloughhouse, CA 95683
(916) 972-0365
Richardmargarita@sbcglobal.net

**[PROPOSED] ORDER**

Pursuant to the parties' stipulation and good cause having been shown, it is ordered that the Case Management Conference set for June 26, 2013 at 2:00 p.m. is continued to August 7, 2013 at 9:30 a.m. in Courtroom 9.

Dated: June 11, 2013

_____
Hon. Jon S. Tigar
United States District Judge