FILED
NOV 13 2013
RICHARD W. WIEKING
U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1 DATED: October 24, 2013

2 /s/ Richard P. Margarita
RICHARD P. CLARK
3 Attorney for Plaintiff

4 <del>[PROPOSED]</del> ORDER

5     Pursuant to the parties' stipulation and good cause appearing, the expert discovery deadlines,

6 dispositive motions filing deadline, pretrial conference date, and trial date are hereby extended. The

7 new dates are as follows:

8 Deadline for Disclosure of Expert Opposition Reports: October 28, 2013

9 Deadline for Disclosure of Expert Reply Reports: November 4, 2013

10 Expert Discovery Cut-off: November 18, 2013

11 Deadline to File Dispositive Motions: January 23, 2014

12 Pretrial Conference Statement Due: May 13, 2014

13 Final Pretrial Conference: May 23, 2014

14 Trial Date: June 2, 2014 at 8:30 a.m.

15 IT IS SO ORDERED

16 DATED: 11/13/13

17 HON. JON S. TIGAR
UNITED STATES DISTRICT COURT JUDGE

STIPULATION RE: EXTENSION OF DEADLINES AND DATES- 4
Case No. C 12-3053 JST