FILED

NOV 13 2013

1  DATED: October 24, 2013

2  /s/ Richard P. Margarita
RICHARD P. CLARK
3  Attorney for Plaintiff

RICHARD W. WIEKING
U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

4  [PROPOSED] ORDER

5  Pursuant to the parties' stipulation and good cause appearing, the expert discovery deadlines,

6  dispositive motions filing deadline, pretrial conference date, and trial date are hereby extended. The

7  new dates are as follows:

8  Deadline for Disclosure of Expert Opposition Reports: October 28, 2013

9  Deadline for Disclosure of Expert Reply Reports: November 4, 2013

10  Expert Discovery Cut-off: November 18, 2013

11  Deadline to File Dispositive Motions: January 23, 2014

12  Pretrial Conference Statement Due: May 13, 2014

13  Final Pretrial Conference: May 23, 2014

14  Trial Date: June 2, 2014 at 8:30 a.m.

15  IT IS SO ORDERED

16  DATED: 11/13/13

17  HON. JON S. TIGAR
UNITED STATES DISTRICT COURT JUDGE