**LAW OFFICES OF RICHARD P. MARGARITA**
**RICHARD P. MARGARITA (SBN: 175819)**
P.O. Box 1257
Sloughhouse, California 95683
Telephone: (916) 972-0365
Fax: (888) 346-7927
RichardMargarita@Sbcglobal.Net

Attorney for Plaintiff DANIEL J. OFFIELD


MELINDA HAAG (CSBN: 132612)
United States Attorney
ALEX G. TSE (CSBN: 152348)
Chief, Civil Division
JENNIFER S. WANG (CSBN: 233155)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6967
    FAX: (415) 436-6748
    Email: Jennifer.s.wang@usdoj.gov

Attorneys for Federal Defendant

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL J. OFFIELD,<br><br>    Plaintiff,<br><br>  vs.<br><br>ERIC HOLDER; ATTORNEY GENERAL, U.S. DEPARTMENT OF JUSTICE, and DOES 1 through 50, Inclusively,<br><br>    Defendants. | Case No. C12-3053-JST<br><br>**STIPULATION TO CONTINUE HEARING ON MOTION FOR SUMMARY JUDGMENT; BRIEFING** |

Inasmuch as counsel for plaintiff has been ill and unable to attend to his caseload, the parties, through their counsel, and at the request of plaintiff, stipulate as follows:

1. Defendant's Motion for Summary Judgment, currently calendared to be heard on March 6, 2014, will instead be heard on March 20, 2014;

2. Plaintiff's Opposition will be due by February 20, 2014;

3. Defendant's Reply will be due by March 6, 2014.

IT IS SO STIPULATED.

Respectfully submitted,

Dated:  February 3, 2014            /s/Richard P. Margarita_____
                                    RICHARD P. MARGARITA
                                    Attorney for Plaintiff


                                    MELINDA HAAG
                                    United States Attorney

Dated:  February 3, 2014             /s/_____
                                    JENNIFER S WANG
                                    Assistant United States Attorney

Law Office of Richard P. Margarita
P.O. Box 1257, Sloughhouse, CA 95683
(916) 972-0365
Richardmargarita@sbcglobal.net

**[PROPOSED] ORDER**

Pursuant to the parties' stipulation and good cause having been shown, it is ordered that the defendant's Motion for Summary Judgment will be calendared to be heard on March 20, 2014; plaintiff's Opposition will be filed by February 20, 2014; and defendant's Reply will be filed by March 6, 2014.

IT IS SO ORDERED.

Dated:  February 6, 2014



**Law Office of Richard P. Margarita**
P.O. Box 1257, Sloughhouse, CA 95683
(916) 972-0365
Richardmargarita@sbcglobal.net