UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DANIEL J. OFFIELD,

    Plaintiff,

v.

ERIC HOLDER,

    Defendant.

Case No. 12-cv-03053-JST

**ORDER REGARDING CONTACT WITH CHAMBERS**

On May 7, 2014, Abraham Simmons, an attorney for the Defendant, contacted one of the undersigned's law clerks using the law clerk's direct dial chambers telephone number. The law clerk picked up the receiver because he did not know who was calling or the purpose of the call.

Mr. Simmons stated that this case should be set for a bench trial beginning on June 2, 2014, rather than for a jury trial as currently shown on the Court's public calendar. The law clerk suggested that Mr. Simmons file a notice on the docket.

The Court understands that Defendant's counsel may have felt the contact was appropriate since the matter was procedural and the issue had already been discussed by the parties. Nonetheless, the purpose of this order is to make clear that counsel are not to contact a law clerk directly without the Court's prior permission, are not to call chambers regarding a case without the Court's prior permission, and are not to engage in *ex parte* contacts with the Court. Any party wishing to bring a case scheduling matter to the Court's attention should do so through William

/ / /

/ / /

/ / /

/ / /

Noble, the Courtroom Deputy, using his publicly available telephone number or e-mail address, or by filing a motion or other appropriate request on the public docket.

**IT IS SO ORDERED.**

Dated: May 8, 2014

_____
JON S. TIGAR
United States District Judge